IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| DONNA GILLASPIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-00293-KWR-GJF |
| ) | |
| C. R. BARD, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING JOINT MOTION TO STAY

**THIS MATTER** came before the court on the parties' *Joint Notice of Settlement and Motion to Stay* (Doc. 47). Having been informed that the parties in this case are finalizing a settlement, the court **HEREBY GRANTS** the motion.

Discovery and all pretrial deadlines are hereby **STAYED for ninety (90) days after entry of the order** to allow the parties to finalize settlement of this case.

**DONE and ORDERED this 15th day of April 2021.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

**APPROVED:**

| | |
|---|---|
| NAPOLI SHOKLNIK | MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A. |

*/s/ Nicholas R. Farnolo*

Nicholas R. Farnolo, Esq.
400 Broadhollow Road, Suite 305
Melville, NY 11747
Telephone: (212) 379-1000
Fax: (646) 843-7619
Email: nfarnolo@napolilaw.com

*Attorney for Plaintiff*

*/s/ Alex Walker*
Alex C. Walker
500 Fourth Street NW, Suite 1000
Albuquerque, NM 87102
Telephone: (505) 848-1800
Fax: (505) 848-9710
Email: awalker@modrall.com

NELSON MULLINS RILEY & SCARBOROUGH LLP

Philip M. Busman (admitted pro hac vice)
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue NW, Suite 900
Washington, DC 20001
Telephone: (202) 689-2988
Email: phil.busman@nelsonmullins.com

*Attorneys for Defendants C.R. Bard Incorporated and Bard Peripheral Vascular Incorporated*